PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
2:24CR00005-1

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00068-JCM-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lorenzo Botello | Montana | Butte |

**NAME OF SENTENCING JUDGE**
District Court Judge Dana L. Christensen

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 02/24/2025 | 02/23/2028 |

**OFFENSE**
18:1344A.F  BANK FRAUD
18:510B.F   DELIVERS - RETAINS TREASURY CHECK OR BOND

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Botello released to the District of Nevada on February 24, 2025. He has an approved residence in Nevada and no ties to Montana, therefore, a transfer of jurisdiciton is requested.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Montana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/13/2025
*Date*

*/s/ Dana L. Christensen*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 28, 2025
*Effective Date*

*/s/ James C. Mahan*
*United States District Judge*

1